

United States District Court
Northern District of Illinois
Eastern Division

**RECEIVED**

JUL 18 2008
Jul 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Martha Collier
In the Behalf of:
Crystal Bolton, Johnny Bolton Jr.,
Julia Wright and Lessie Collier, (Deceased)
Plaintiffs.

Vs.

Governor of the State of Illinois,
Rob J. Blagojevich, Walter Jacobsen and
Families, Bankers Life and Casualty Company
and the family of Edward Berube et. Al.,
Defendants.

08cv4090
JUDGE DOW JR.
MAG. JUDGE BROWN

Please take notice that today, July 18, 2008, plaintiffs enter a complaint in the United States District Court at 219 South Dearborn Street, Chicago, Illinois for continuous crimes committed by the defendants after complaints asking for sanctions to prevent. These crimes of torture, illegal surveillance are in strict violation of plaintiffs' rights under the United States Constitution, the fifth and fourteenth amendments. Plaintiffs in entering this complaint are in pursuant to U. S. C. 42, section 1983, and section 1985. Jurisdiction to hear is conferred upon this court under 28, U. S. C, sections 1331, 1333, and 1343.

These crimes culminated in a covert badge of intent to uphold slavery which is against the thirteenth amendment to the United States Constitution. Plaintiff, Martha Collier in the case of, Collier vs. Banker Life and Casualty requested sanction against defendants' crimes and documents are still in this district court giving proof. Again, she request sanctions from crimes of Governor Rob J. Blagoejevich and Walter Jacobsen but none was given.

Plaintiffs state that the fifth and the fourteenth amendments to the United States Constitution, clauses of due process and equal protection of the law was not applied in the judge's administration.

The defendants' crimes of torture, stalking by illegal surveillance have caused The death of their mother, Lessie Collier and the physical deterioration of the plaintiffs. The latest crime of the defendants was an attack on Plaintiff, Martha Collier daughter, Crystal Bolton on Saturday, July 12, 2008.

Plaintiff, Crystal Bolton was attacked by a male member of the family of Edward Berube, Walter Jacobsen and the family of Governor Rob J. Blagojevich while their families watched and cheered the crime. Crystal Bolton lives at 2073 Lioncrest in Richton Park, Illinois. In the month of June, 2008, Martha Collier visited her daughter and noticed a male member of the family of Edward Berube had moved next door to her daughter Crystal. Plaintiff now realized how the attack could have occurred. Crystal suffers from heart problems which impairs her breathing. Plaintiff, Johnny Bolton lives with Crystal and he is losing weight because of poisonous substances the defendants have put in his food by illegal home entry.

Plaintiff, Julia Wright was in perfect health before the year 2007. However, in March, 2007, she had to endure eye surgery while suffering from recent respiratory problem. Plaintiff, Martha Collier physical deteriorating health has resulted from illegal surveillance and harassment thus creating physical and mental stress.

Plaintiff, Martha Collier never wanted the defendants near her family. In prior complaints she asked for sanctions to prevent harm from the defendants and their families. The judges never entered any orders against the defendants to prevent harm. This breach of duty in the judges' administration of the law caused the defendants to form a conspiracy to hinder plaintiffs' civil rights.

The plaintiffs' complaint is a cautious documented expression of grief and harm beyond human notion. The plaintiffs in this complaint are black. The defendants are non black. The fifth and fourteenth amendments to the United States Constitution are legislative laws of due process and equal protection gives legal protection from further harm when complaints of violations of rights are commenced. The enlargement of this crime was a conspiracy to impede plaintiffs' human rights to life.

In prior years seditious crimes against race was designed to create entrapments mainly to repel constitutional rights under laws of color. However, since plaintiff and her children are educated, the defendants had to covertly cause a breach in administration of the laws

to continue in targeted race discrimination. This conspiracy to interfere with the plaintiffs' rights is in violation of U. S. C. 1985. This law confers upon this court to rectify the moral and physical harm done to the plaintiffs'. It also provides damage remedies for the death and physical harm caused by the defendants.

The plaintiffs' in this complaint request a full and complete investigation of the crimes. To award compulsory and punitive damages in excess of one hundred million dollars ($100,000,000.00), for continuous crimes and death and physical deterioration of plaintiffs' health.

Respectfully submitted,

*Martha Collier*
Martha Collier  07-18-08
3201 Fountainbleau
Hazel Crest, Illinois  60429
Phone: 708-799-0305.